# In the United States Court of Federal Claims

|  |  |
|---|---|
| **OMNICELL, INC.,** | * |
| Protestor, | * |
| v. | No. 20-741C<br>Filed: August 20, 2020 |
| **UNITED STATES,** | * |
| Defendant. | * |

## O R D E R

The court is in receipt of protestor's August 20, 2020 notice of voluntary of dismissal without prejudice of the above-captioned case. Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this protest be **DISMISSED** without prejudice. The Clerk's Office shall enter judgment consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**